# Exhibit A



**Service of Process Transmittal**
05/06/2019
CT Log Number 535427567

| | |
|---|---|
| **TO:** | Melissa Gravlin<br>FCA US LLC<br>1000 Chrysler Dr Ofc of<br>Auburn Hills, MI 48326-2766 |
| **RE:** | **Process Served in California** |
| **FOR:** | FCA US LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Aaron Iskenderian, et al., Pltfs. vs. FCA US LLC, et al., Dfts. |
| DOCUMENT(S) SERVED: | * |
| COURT/AGENCY: | *, *<br>Case # 19STCV15506 |
| NATURE OF ACTION: | Product Liability Litigation - Lemon Law - * |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 05/06/2019 at 16:28 |
| JURISDICTION SERVED : | California |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service |
| ATTORNEY(S) / SENDER(S): | *<br>*<br>*, * * |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 05/11/2019, Expected Purge Date: 05/16/2019<br><br>Image SOP<br><br>Email Notification,  Lance Arnott  SOPVerification@wolterskluwer.com |
| SIGNED:<br>ADDRESS:<br>TELEPHONE: | C T Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>213-337-4615 |

Page 1 of  1 / AP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Electronically FILED by Superior Court of California, County of Los Angeles on 05/03/2019 01:00 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez, Deputy Clerk
19STCV15506

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

FCA US LLC; and DOES 1 through 10, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

AARON ISKENDERIAN and PAT HURT, as individuals; Additional Parties Attachment form is attached.

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):*
19STCV15506

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael Resnick & Neil Gieleghem; 153 1/2 North Arnaz Drive, Beverly Hills, CA 90211; (833) 428-9222

DATE: 05/03/2019
*(Fecha)*

Sherri R. Carter Executive Officer / Clerk of Court
Clerk, by Ricardo Perez, Deputy
*(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*


[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* FCA US LLC
   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☒ other *(specify):* Corporation Code 17701.16 (Limited Liability Company)
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Exhibit A, Page 9

| | SUM-200(A) |
|---|---|
| SHORT TITLE: AARON ISKENDERIAN, et al. v. FCA US LLC | CASE NUMBER: |

**INSTRUCTIONS FOR USE**

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.)*:

[✓] Plaintiff   [ ] Defendant   [ ] Cross-Complainant   [ ] Cross-Defendant

ADRIANNA ARANA, an individual; ALAINA BIGGER, an individual; AMINA WESTBERG, an individual; AMMON RIORDAN and ANDREW RIORDAN, as individuals; AMY HOLBERG, an individual; ANDREW BARBOSA, an individual; ANDREW HOLDBROOKS and JESSICA HOLDBROOKS, as individuals; ANDREW WHYNAUGHT, an individual; ANTHONY ELIAS JR., an individual; ANTONIO VEGA, an individual; AUSTIN PETTY, an individual; BENJAMIN G. MORANA, an individual; BILL LARGEY, an individual; BOBBY MCMICHAEL and KAREN MCMICHAEL, as individuals; BRANDON REITZ, an individual; BRANDON TAMURA, an individual; BRENT LEBLANC, an individual; BRIAN CARRILLO, an individual; BRIAN CORBETT and MUREL ANN CORBETT, as individuals; BRIAN CORWIN and SUSAN CORWIN, as individuals; BRIAN PERRY, an individual; CANDICE KOPCAK, an individual; CARLOS LUGO and MARIA LUGO, as individuals; CARLOS ROJO LOPEZ and NORMA RUELAS, as individuals; CHAD BRUMMELL and CAROL BRUMMEL, as individuals; CHAD ELAM, an individual; CHARLES HUDDLESTON [1], an individual; CHARLES HUDDLESTON [2], an individual; CHARLES MCCARTNEY, an individual; CHARLES WEDEL and MICKIE WEDEL, as individuals; CHARLEY EVANS, an individual; CHRIS CAMPION, an individual; CHRISTOPHER ALLEN POLHERT and CHRISTI MARIE POLHERT, as individuals; CHRISTOPHER DENOVELLIS, an individual; CHRISTOPHER EDGAR, an individual; CHRISTOPHER LEO FARRIS and MELISSA FARRIS, as individuals; CHRISTOPHER STANLEY and CHERYL STANLEY, as individuals; CLAUDIO VASQUEZ, an individual; CONRAD GONZALEZ and SHARA GONZALEZ, as individuals; COREY RINGER, an individual; CORNAN JOHN JOHNSON, an individual; DALE GILLETTE, an individual; DANIEL FOSTER, an individual; DANIEL ROCKETT, an individual; DANIEL RODEBACK, an individual; DANIEL SMITH, an individual; DARRELL JOHNSON and LISA JOHNSON, as individuals; DAVE BALLARD and TERRY BALLARD, as individuals; DAVID C. ANDERSON and ELEANOR M. ANDERSON, as individuals; DAVID HALL, an individual; DAVID J. COLELLO JR. and ROSANNE COLELLO, as individuals; DAVID MILLER, an individual; DAVID STURROCK, an individual; DAVID SZYMUSIAK, an individual; DAVID W. THOMAS, an individual; DELIA TORRES, an individual; DENNIS LONG and CINDY LONG, as individuals; DENNIS WHITE and REBEKAH DAWN LAWRENCE, as individuals; DON DIGBY, an individual; DON NELSON, an individual; DOUGLAS CRYER and JERI CRYER, as individuals; DOUGLAS KEELING and LISA KEELING, as individuals; DOUGLAS SEYMOUR, an individual

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

Page 1 of 1

Exhibit A, Page 10